# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 21-51603  
**Case Name:** WHITE HOT PROPERTIES, LLC  

**Trustee Name:** (520210) Kathryn A. Belfance  
**Date Filed (f) or Converted (c):** 11/18/2021 (f)  
**§ 341(a) Meeting Date:** 01/04/2022  

**For Period Ending:** 12/31/2021  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking5985 Account at Huntington Bank, xxxxxx5985 | 32.05 | 0.00 | | 0.00 | FA |
| 2 | Other inventory or supplies: tools, Net Book Value: Unknown | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | 237-243 Furnace Street, Akron, Ohio 44304 PP ## 68-29533, 67-48984, 67-48983, 68-22494, 68-22527, 67-48982 | 1,750,000.00 | 0.00 | | 790.00 | 0.00 |
| 4 | claim against company which designed and installed faulty HVAC system, tort / contract claim. Amount Requested: $0.00 | Unknown | 1.00 | | 0.00 | 1.00 |
| 4 | Assets    Totals    (Excluding unknown values) | **$1,755,032.05** | **$1.00** | | **$790.00** | **$1.00** |

**Major Activities Affecting Case Closing:**

Trustee to sell real estate.  
Meeting of creditors rescheduled for 2/8/2022

**Initial Projected Date Of Final Report (TFR):** 12/31/2022   **Current Projected Date Of Final Report (TFR):** 12/31/2022

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 21-51603 | | Trustee Name: | Kathryn A. Belfance (520210) |
|---|---|---|---|---|
| Case Name: | WHITE HOT PROPERTIES, LLC | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9483 | | Account #: | ******0469 Checking |
| For Period Ending: | 12/31/2021 | | Blanket Bond (per case limit): | $1,500,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/10/21 | {3} | Natalie Grieshammer | Rent for Furnace Street Loft | 1110-000 | 790.00 | | 790.00 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 785.00 |
| | | | COLUMN TOTALS | | 790.00 | 5.00 | $785.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 790.00 | 5.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $790.00 | $5.00 | |

{ } Asset Reference(s)　　21-51603-amk　　Doc 17　　FILED 01/28/22　　ENTERED 01/28/22 15:46:18　　Page 2 of 3　　! - transaction has not been cleared

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 21-51603 | | **Trustee Name:** | Kathryn A. Belfance  (520210) |
| **Case Name:** | WHITE HOT PROPERTIES, LLC | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***9483 | | **Account #:** | ******0469 Checking |
| **For Period Ending:** | 12/31/2021 | | **Blanket Bond (per case limit):** | $1,500,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******0469 Checking | $790.00 | $5.00 | $785.00 |
| | **$790.00** | **$5.00** | **$785.00** |