| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **White Hot Properties, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | **21-51603** |

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule* **Schedule D and Summary of Schedules**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 27, 2022**   X **/s/ Keeven White**
Signature of individual signing on behalf of debtor

**Keeven White**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **White Hot Properties, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | **21-51603** |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $ **1,750,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................... $ **5,032.05**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $ **1,755,032.05**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **2,014,793.83**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $ **10,062.84**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **61,834.75**

4. **Total liabilities** ................................................................................................................................
   Lines 2 + 3a + 3b       $ **2,086,691.42**

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 | **Clark Plumbing & Heating Co.**<br>Creditor's Name<br>**767 E. Turkeyfoot Lake Road, Ste 6**<br>**Akron, OH 44319**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**12/17/2020**<br>Last 4 digits of account number<br>**1512**<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. S & T Bank**<br>**2. Wells Fargo Bank**<br>**3. Akron Development Fund I, Ltd.**<br>**4. S & T Bank**<br>**5. Kristin Scalise, Fiscal Officer**<br>**6. Kristin Scalise, Fiscal Officer**<br>**7. Kristin Scalise, Fiscal Officer**<br>**8. Clark Plumbing & Heating Co.** | **Describe debtor's property that is subject to a lien**<br>**237-243 Furnace Street, Akron, Ohio 44304 PP ## 68-29533, 67-48984, 67-48983, 68-22494, 68-22527, 67-48982**<br><br>**Describe the lien**<br>**Judgment Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $5,775.00 | $1,750,000.00 |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $5,775.00 |
|---|---|---|

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

Debtor **White Hot Properties, LLC**     Case number (if known) **21-51603**
            Name

List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ronald Starkey, Esq.**<br>**638 W. Maple Street**<br>**Hartville, OH 44632** | Line **2.1** | |

# CERTIFICATE OF SERVICE

I certify that on May 27, 2022, a true and correct copy of the **Amended Schedule D, and Statistical Summary and Summary of Schedules** was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Kathryn Belfance, Chapter 7 Trustee (via ECF)

    US Trustee's Office (via ECF)

A copy of **Amended Schedule D, Amended Statistical Summary, Amended Summary of Schedules and a copy of the 341 Notice** was served by regular U.S. mail, postage paid, on:

    Clark Plumbing & Heating Co., 767 E. Turkeyfoot Lake Road, Suite 6, Akron, OH 44319

    Ronald Starkey, Esq., 638 W. Maple St., Hartville, OH 44632

    /s/ Peter G. Tsarnas
Peter G. Tsarnas, #0076934
Attorney at Law
Gertz & Rosen, Ltd.
11 S. Forge St.
Akron, OH 44304
Direct Dial: 330.255.0735
Direct Fax: 330.932.2367
ptsarnas@gertzrosen.com