# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 21-51603

**Case Name:** WHITE HOT PROPERTIES, LLC

**For Period Ending:** 12/31/2022

**Trustee Name:** (520210) Kathryn A. Belfance

**Date Filed (f) or Converted (c):** 11/18/2021 (f)

**§ 341(a) Meeting Date:** 01/04/2022

**Claims Bar Date:** 06/27/2022

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking5985 Account at Huntington Bank, xxxxxx5985 | 32.05 | 0.00 | | 0.00 | FA |
| 2 | Other inventory or supplies: tools, Net Book Value: Unknown | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | 237-243 Furnace Street, Akron, Ohio 44304 PP ## 68-29533, 67-48984, 67-48983, 68-22494, 68-22527, 67-48982 | 1,750,000.00 | 1,000,000.00 | | 1,000,000.00 | FA |
| 4 | claim against company which designed and installed faulty HVAC system, tort / contract claim. Amount Requested: $0.00 | Unknown | 0.00 | | 0.00 | FA |
| 5 | Rents received for Furnace Street Property (u) | 0.00 | 5,398.68 | | 5,398.68 | FA |
| **5** | **Assets       Totals       (Excluding unknown values)** | **$1,755,032.05** | **$1,005,398.68** | | **$1,005,398.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee to sell real estate.
Notice of Sale filed with Court on March 4, 2022.
Certificate of No Objection entered on March 28, 2022.
12/30/2022-
Trustee has appointed accountant for tax review.  TFR to follow.

**Initial Projected Date Of Final Report (TFR):**        06/30/2023

**Current Projected Date Of Final Report (TFR):**        06/30/2023

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 21-51603 |
|---|---|
| Case Name: | WHITE HOT PROPERTIES, LLC |
| Taxpayer ID #: | **-***9483 |
| For Period Ending: | 12/31/2022 |

| Trustee Name: | Kathryn A. Belfance (520210) |
|---|---|
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******0469 Checking |
| Blanket Bond (per case limit): | $1,500,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/10/21 | {5} | Natalie Grieshammer | Rent for Furnace Street Loft | 1229-000 | 790.00 | | 790.00 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 785.00 |
| 01/06/22 | {5} | Natalie Grieshammer | rent for Furnace Street loft | 1229-000 | 790.00 | | 1,575.00 |
| 01/06/22 | {5} | Natalie Grieshammer | Deposit Reversal: rent for Furnace Street loft(check was lost via UPS) | 1229-000 | -790.00 | | 785.00 |
| 01/24/22 | {5} | Natalie Grieshammer | January 2022 rent | 1229-000 | 790.00 | | 1,575.00 |
| 01/24/22 | {5} | Akron Recording Company LLC | December & January rent | 1229-000 | 1,450.00 | | 3,025.00 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,020.00 |
| 02/07/22 | {5} | Natalie Grieshammer | February Rent | 1229-000 | 790.00 | | 3,810.00 |
| 02/18/22 | {5} | Akron Recording Co. LLC | February Rent | 1229-000 | 788.68 | | 4,598.68 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.44 | 4,593.24 |
| 03/08/22 | {5} | Natalie Grieshammer | March Rent | 1229-000 | 790.00 | | 5,383.24 |
| 03/23/22 | 101 | Akron Utilities  Business Office | Account No. 27-0032-304 | 2420-000 | | 107.00 | 5,276.24 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.00 | 5,267.24 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.16 | 5,259.08 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.14 | 5,250.94 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.25 | 5,241.69 |
| 07/07/22 | | Diamond Title Company of Northeast Ohio, Inc. | proceeds from sale of real estate | | 931,705.73 | | 936,947.42 |
| | {3} | | Sale of real estate<br>$1,000,000.00 | 1110-000 | | | |
| | | | Settlement charges<br>-$7,906.79 | 2500-000 | | | |
| | | | Delinquent real estate taxes<br>-$52,443.04 | 4700-000 | | | |
| | | | Real estate taxes<br>-$7,944.44 | 2820-000 | | | |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 904.08 | 936,043.34 |
| 08/09/22 | 102 | Nichole Booker | Per Order dated 8/8/22 | 3510-000 | | 40,000.00 | 896,043.34 |

| | Page Subtotals: | $937,104.41 | $41,061.07 |
|---|---|---|---|

{ } Asset Reference(s)

*transaction has not been cleared

21-51603-amk    Doc 50    FILED 01/27/23    ENTERED 01/27/23 15:20:27    Page 2 of 4

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 21-51603 | | Trustee Name: | Kathryn A. Belfance (520210) |
|---|---|---|---|---|
| Case Name: | WHITE HOT PROPERTIES, LLC | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9483 | | Account #: | ******0469 Checking |
| For Period Ending: | 12/31/2022 | | Blanket Bond (per case limit): | $1,500,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/09/22 | 103 | S&T Bank | Per order dated 8/8/2022 | 8500-002 | | 5,884.55 | 890,158.79 |
| 08/12/22 | 104 | S&T Bank | Per Order dated 8/11/2022 | 4110-000 | | 735,861.18 | 154,297.61 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,103.04 | 153,194.57 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 245.52 | 152,949.05 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 236.96 | 152,712.09 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 261.09 | 152,451.00 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 244.33 | 152,206.67 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 937,104.41 | 784,897.74 | $152,206.67 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 937,104.41 | 784,897.74 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $937,104.41 | $784,897.74 | |

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 21-51603 |
| **Case Name:** | WHITE HOT PROPERTIES, LLC |
| **Taxpayer ID #:** | **-***9483 |
| **For Period Ending:** | 12/31/2022 |

| | |
|---|---|
| **Trustee Name:** | Kathryn A. Belfance (520210) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******0469 Checking |
| **Blanket Bond (per case limit):** | $1,500,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0469 Checking | $937,104.41 | $784,897.74 | $152,206.67 |
| | **$937,104.41** | **$784,897.74** | **$152,206.67** |